# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE ESTATE OF ERIC JOHN SOPP, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. SAG-20-03123 |
| GREGORY PAGE, *et al.*, | **APPROVED** this 15th day of October, 2021. |
| Defendants. | /s/ <br> Stephanie A. Gallagher <br> United States District Judge |

## STIPULATION OF DISMISSAL

Plaintiffs the Estate of Eric John Sopp, Catherine Sopp, A.S., and J.S., and Defendants Gregory Page and Baltimore County, Maryland, (collectively the "Parties"), by and through their attorneys, having resolved this case through settlement, hereby stipulate to the dismissal of this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). The Court retains jurisdiction solely for the purpose of enforcement of the terms of the Settlement Agreement and General Release. Each party shall bear its own costs.

Respectfully submitted,

/s/
Andrea D. Smith (#20532)
asmith2@baltimoreountymd.gov
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204
Tel: (410) 887-4420
Fax: (410) 296-0931

*Attorney for Defendants*

/s/
Chelsea J. Crawford (#19155)
ccrawford@browngold.com
Andrew D. Freeman (#03867)
adf@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869

*Attorneys for Plaintiffs*